*Fee Exempt Per Gov. Code § 6103*

WOODRUFF & SMART, APC
BRADLEY R. HOGIN – State Bar No. 140372
bhogin@woodruff.law
RICIA R. HAGER – State Bar No. 234052
rhager@woodruff.law
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
Telephone:  (714) 558-7000
Facsimile:   (714) 835-7787

BAYRON GILCHRIST, General Counsel - State Bar No. 212393
bgilchrist@aqmd.gov
BARBARA BAIRD, Chief Dep. Counsel - State Bar No. 81507
bbaird@aqmd.gov
SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT
21865 Copley Drive
Diamond Bar, CA 91765
Telephone: (909) 396-3535
Facsimile: (909) 396-2961

Attorneys for Defendants SOUTH COAST AIR QUALITY
MANAGEMENT DISTRICT, THE GOVERNING BOARD OF THE
SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT,

WOODRUFF
& SMART
ATTORNEYS AT LAW
COSTA MESA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, COMMUNITIES FOR A BETTER ENVIRONMENT, and SIERRA CLUB,<br><br>       Plaintiffs,<br><br>v.<br><br>SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, THE GOVERNING BOARD OF THE SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, CALIFORNIA AIR RESOURCES BOARD, and DOES 1 through 25 inclusive,<br>       Defendants. | CASE NO: 2:23-cv-06682-JLS-SK<br><br>ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JOSEPHINE L. STATON<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER ON DEFENDANT SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT'S MOTION TO DISMISS**<br><br>HEARING DATES PENDING:<br>Type:  Motion to Dismiss<br>Date:  December 8, 2023<br>Time:  10:30 a.m.<br>Dept:  Courtroom 8A, 8th Floor<br><br>DATE ACTION FILED: August 15, 2023<br>TRIAL DATE:  None |

Defendants SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT

1

1  and THE GOVERNING BOARD OF THE SOUTH COAST AIR QUALITY

2  MANAGEMENT DISTRICT (the "Air District"), hereby lodge the [Proposed] Order

3  on the Air District's Motion to Dismiss attached hereto as Exhibit A.

4  DATED:  October 16, 2023                WOODRUFF & SMART, APC

By:_____

BRADLEY R. HOGIN
RICIA R. HAGER
Attorneys for Defendants SOUTH COAST
AIR QUALITY MANAGEMENT
DISTRICT, THE GOVERNING BOARD OF
THE SOUTH COAST AIR QUALITY
MANAGEMENT DISTRICT

WOODRUFF
& SMART
ATTORNEYS AT LAW
COSTA MESA

1795203.1

**EXHIBIT A**

*Fee Exempt Per Gov. Code § 6103*

1
2
3
4
5
6
7
8
9
10
11

WOODRUFF
& SMART
ATTORNEYS AT LAW
COSTA MESA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, COMMUNITIES FOR A BETTER ENVIRONMENT, and SIERRA CLUB,<br><br>    Plaintiffs,<br><br>v.<br><br>SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, THE GOVERNING BOARD OF THE SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, CALIFORNIA AIR RESOURCES BOARD, and DOES 1 through 25 inclusive,<br>    Defendants. | CASE NO: 2:23-cv-06682-JLS-SK<br><br>ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JOSEPHINE L. STATON<br><br>**[PROPOSED] ORDER ON THE SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT'S MOTION TO DISMISS**<br><br>HEARING DATES PENDING:<br>Type: Motion to Dismiss<br>Date: December 8, 2023<br>Time: 10:30 a.m.<br>Dept: Courtroom 8A, 8th Floor<br><br>DATE ACTION FILED: August 15, 2023<br>TRIAL DATE:  None |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

   The South Coast Air Quality Management District's Motion to Dismiss the Complaint filed by Plaintiffs East Yard Communities for Environmental Justice, People's Collective for Environmental Justice, Communities for a Better Environment, and Sierra Club came on for hearing in Courtroom 8A of this Court on December 8, 2023.  Appearances were stated on the record.  The Court, having considered all papers in support of and in opposition to the motion, as well as oral

1

1795121.1

1   argument, and good cause appearing therefore, now rules as follows:

2       The South Coast Air Quality Management District's Motion to Dismiss is

3   granted.

4       **IT IS SO ORDERED.**

5

6   DATED: _____ By: _____

7                                    HONORABLE JOSEPHINE L. STATON
                                     JUDGE OF THE U.S. DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WOODRUFF
& SMART
ATTORNEYS AT LAW
COSTA MESA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WOODRUFF
& SMART
ATTORNEYS AT LAW
COSTA MESA

# **PROOF OF SERVICE**

## **STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am over the age of 18 and not a party to the within action; I am employed by WOODRUFF, SPRADLIN & SMART in the County of Orange at 555 Anton Boulevard, Suite 1200, Costa Mesa, California 92626-7670.

On October 16, 2023, I served the foregoing document(s) described as **[PROPOSED] ORDER ON THE SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT'S MOTION TO DISMISS**

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list;

☐ **(BY MAIL)** I placed said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for deposit in the United States Postal Service. I am readily familiar with the practice of WOODRUFF, SPRADLIN & SMART for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

☒ **(BY ELECTRONIC MAIL)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐ **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for collection and delivery to a courier authorized by _FedEx to receive said documents, with delivery fees provided for. I am readily familiar with the practices of WOODRUFF, SPRADLIN & SMART for collection and processing of documents for overnight delivery, and said envelope(s) will be deposited for receipt by _FedEx on said date in the ordinary course of business.

☐ **(BY FACSIMILE)** I caused the above-referenced document to be transmitted to the interested parties via facsimile transmission to the fax number(s) as stated on the attached service list.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on October 16, 2023, at Costa Mesa, California.

*/s/ Katie E. Kane*
KATIE E. KANE

3

1795121.1

## SERVICE LIST

### *EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE ET AL. V. SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT*
### CASE NO: 2:23-cv-06682-JLS-SK

FERNANDO GAYTAN
ADRIANO L. MARTINEZ
Earthjustice
707 Wilshire Blvd., Suite 4300
Los Angeles, CA 90017
fgaytan@earthjustice.org
amartinez@earthjustice.org

Tel: 415-217-2025
Fax: 213-403-4822

***Attorneys for Plaintiffs***
East Yard Communities for
Environmental Justice and
People's Collective for
Environmental Justice

SHANA LAZEROW
Communities for a Better Environment
6325 Pacific Blvd. Suite 300
Huntington Park, CA 90255
slazerow@cbecal.org

Tel: 323-826-9771

***Attorneys for Plaintiff***
Communities for a Better
Environment

NIHAL SHRINATH
Sierra Club
2101 Webster St., Ste. 1300
Oakland, California 94612
nihal.shrinath@sierraclub.org

Tel: 415-977-5627

***Attorneys for Plaintiff***
Sierra Club

California Air Resources Board
John S. Saskaki
Kristin Krejmas McCarthy
California Department of Justice
Office of the Attorney General
300 South Spring Street
Los Angeles, CA 9003

***Attorneys for Defendant***
California Air Resources Board

1795121.1

1    John.sasaki@doj.ca.gov
2    Kristin.mccarthy@doj.ca.gov

3    Tel:213-269-6335
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WOODRUFF
& SMART
ATTORNEYS AT LAW
COSTA MESA

1795121.1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and not a party to the within action; I am employed by WOODRUFF, SPRADLIN & SMART in the County of Orange at 555 Anton Boulevard, Suite 1200, Costa Mesa, California 92626-7670.

On October 16, 2023, I served the foregoing document(s) described as **NOTICE OF LODGING OF [PROPOSED] ORDER ON DEFENDANT SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT'S MOTION TO DISMISS**

☐     by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list;

☐     **(BY MAIL)** I placed said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for deposit in the United States Postal Service.  I am readily familiar with the practice of WOODRUFF, SPRADLIN & SMART for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

☒     **(BY ELECTRONIC MAIL)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐     **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for collection and delivery to a courier authorized by _FedEx to receive said documents, with delivery fees provided for.  I am readily familiar with the practices of WOODRUFF, SPRADLIN & SMART for collection and processing of documents for overnight delivery, and said envelope(s) will be deposited for receipt by _FedEx on said date in the ordinary course of business.

☐     (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒     (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury that the above is true and correct.

Executed on October 16, 2023, at Costa Mesa, California.

*/s/ Katie E. Kane*
KATIE E. KANE

WOODRUFF & SMART ATTORNEYS AT LAW COSTA MESA

1795203.1

WOODRUFF
& SMART
ATTORNEYS AT LAW
COSTA MESA

## SERVICE LIST

### *EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE ET AL. V. SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT*

### CASE NO: 2:23-cv-06682-JLS-SK

| | |
|---|---|
| FERNANDO GAYTAN | ***Attorneys for Plaintiffs*** |
| ADRIANO L. MARTINEZ | East Yard Communities for |
| Earthjustice | Environmental Justice and |
| 707 Wilshire Blvd., Suite 4300 | People's Collective for |
| Los Angeles, CA 90017 | Environmental Justice |
| fgaytan@earthjustice.org | |
| amartinez@earthjustice.org | |
| | |
| Tel: 415-217-2025 | |
| Fax: 213-403-4822 | |
| | |
| SHANA LAZEROW | ***Attorneys for Plaintiff*** |
| Communities for a Better Environment | Communities for a Better Environment |
| 6325 Pacific Blvd. Suite 300 | |
| Huntington Park, CA 90255 | |
| slazerow@cbecal.org | |
| | |
| Tel: 323-826-9771 | |
| | |
| NIHAL SHRINATH | ***Attorneys for Plaintiff*** |
| Sierra Club | Sierra Club |
| 2101 Webster St., Ste. 1300 | |
| Oakland, California 94612 | |
| nihal.shrinath@sierraclub.org | |
| | |
| Tel: 415-977-5627 | |
| | |
| California Air Resources Board | ***Attorneys for Defendant*** |
| John S. Saskaki | California Air Resources Board |
| Kristin Krejmas McCarthy | |
| California Department of Justice | |
| Office of the Attorney General | |
| 300 South Spring Street | |
| Los Angeles, CA 9003 | |

1

John.sasaki@doj.ca.gov

2

Kristin.mccarthy@doj.ca.gov

3

Tel:213-269-6335

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WOODRUFF
& SMART
ATTORNEYS AT LAW
COSTA MESA

5