1  ROB BONTA
   Attorney General of California
2  GARY E. TAVETIAN
   Supervising Deputy Attorney General
3  JOHN S. SASAKI, State Bar No. 202161
   KRISTIN K. MCCARTHY, State Bar No. 328196
4  Deputy Attorneys General
    300 South Spring Street, Suite 1702
5   Los Angeles, CA  90013-1230
    Telephone:  (213) 269-6273
6   Fax:  (916) 731-2128
    E-mail:  Kristin.McCarthy@doj.ca.gov
7  *Attorneys for Defendant*
   *California Air Resources Board*
8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                         WESTERN DIVISION

12

13

| | |
|---|---|
| **EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, COMMUNITIES FOR A BETTER ENVIRONMENT, and SIERRA CLUB,**<br><br>                             Plaintiffs,<br><br>    v.<br><br>**SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, THE GOVERNING BOARD OF THE SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, CALIFORNIA AIR RESOURCES BOARD, and DOES 1 through 25 inclusive,**<br><br>                             Defendants. | Case No. 2:23-cv-06682-JLS-SK<br><br>ASSIGNED FOR ALL PURPOSES TO THE HON. JOSEPHINE L. STATON<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANT CALIFORNIA AIR RESOURCES BOARD TO DISMISS PLAINTIFFS' COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br>Date:        December 8, 2023<br>Time:        10:30 a.m.<br>Courtroom:   8A<br>Judge:       Hon. Josephine L. Staton<br><br>Trial Date:  Not set<br>Action Filed: August 15, 2023 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 8, 2023 at 10:30 a.m., or as soon thereafter as the matter may be heard, Defendant California Air Resources Board (CARB) will move and hereby does move the Court for an order dismissing the Complaint for Declaratory and Injunctive Relief (Complaint) filed herein by Plaintiffs East Yard Communities for Environmental Justice et al.

CARB makes this motion pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, on the grounds that (i) the Complaint fails to allege a violation of an "emission standard or limitation" within the meaning of 42 U.S.C. § 7604 and thus fails to state a proper basis for bringing a citizen suit under the Clean Air Act, and (ii) the claims asserted against CARB are barred under the Eleventh Amendment to the United States Constitution.  The Complaint thus should be dismissed because the Court lacks subject matter jurisdiction over the claims asserted therein, or in the alternative, because the Complaint fails to state a claim upon which relief can be granted.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities and Declaration of Steven Cliff filed herewith, and the pleadings and papers filed herein.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 6, 2023.

Dated:  October 16, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California

/s/ *John S. Sasaki*

JOHN S. SASAKI
Deputy Attorney General
*Attorneys for Defendant*
*California Air Resources Board*

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **East Yard Communities v. South Coast AQMD, Air Resources Board** | No. | **2:23-cv-06682-JLS-SK** |

I hereby certify that on <u>October 16, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF MOTION AND MOTION BY DEFENDANT CALIFORNIA AIR RESOURCES BOARD TO DISMISS PLAINTIFFS' COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 16, 2023</u>, at Los Angeles, California.

| | |
|---|---|
| Libby Tecson | */S/ Libby Tecson* |
| Declarant | Signature |

LA2023603572
66308239.docx