**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, COMMUNITIES FOR A BETTER ENVIRONMENT, and SIERRA CLUB,

Plaintiffs,

v.

SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, THE GOVERNING BOARD OF THE SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, CALIFORNIA AIR RESOURCES BOARD, and DOES 1 through 25 inclusive,

Defendants.

Case No: 2:23-cv-06682-JLS-SK

**ORDER CONTINUING THE HEARING DATE OF DEFENDANTS SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT AND CALIFORNIA AIR RESOURCE BOARD'S RESPECTIVE MOTIONS TO DISMISS (Doc. 25)**

For good cause shown in the Stipulation (Doc. 25) jointly filed by Plaintiffs and Defendants, IT IS HEREBY ORDERED that the hearing date for Defendant South Coast Air Quality Management District and Defendant California Air Resources Board's respective Motions to Dismiss, is hereby continued to January 26, 2024, at 10:30 a.m. in courtroom 8A.

**IT IS SO ORDERED.**

DATED: November 14, 2023

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE