FERNANDO GAYTAN (SBN 224712)
ADRIANO L. MARTINEZ (SBN 237152)
Earthjustice
707 Wilshire Blvd., Suite 4300
Los Angeles, CA 90017
fgaytan@earthjustice.org
amartinez@earthjustice.org
Tel: 415-217-2025 / Fax: 213-403-4822

*Attorneys for Plaintiffs East Yard Communities for Environmental Justice and People's Collective for Environmental Justice*

(List of Counsel Continued on Next Page)

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, COMMUNITIES FOR A BETTER ENVIRONMENT, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, THE GOVERNING BOARD OF THE SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, CALIFORNIA AIR RESOURCES BOARD, and DOES 1 through 25 inclusive,<br><br>Defendants. | Case No: 2:23-cv-06682-JLS-SK<br><br>**JOINT RULE 26(f) REPORT**<br><br>Trial Date: Not set<br>Action Filed: August 15, 2023 |

SHANA LAZEROW (SBN 195491)
Communities for a Better Environment
6325 Pacific Blvd. Suite 300
Huntington Park, CA 90255
(323) 826-9771
slazerow@cbecal.org

*Attorney for Communities for a Better Environment*

NIHAL SHRINATH (SBN 327921)
Sierra Club
2101 Webster St., Ste. 1300
Oakland, California 94612
(415) 977-5627
nihal.shrinath@sierraclub.org

*Attorney for Sierra Club*

1   Pursuant to the Court's December 4, 2023 Order Setting Scheduling Conference (ECF Doc.28), Federal Rule of Civil Procedure 26(f)(3)(A)-(F), and Civil Local Rule 26-1 (a)-(f), Plaintiffs East Yard Communities for Environmental Justice, People's Collective for Environmental Justice, Communities for a Better Environment, and Sierra Club (collectively, "Plaintiffs"), and Defendants California Air Resources Board and South Coast Air Quality Management District (collectively, "Defendants") have conferred and submit the following Joint Rule 26(f) Report.

**a.  Statement of the Case**

Plaintiffs in this case seek to enforce Section 185 of the federal Clean Air Act ("CAA") which requires, in part, the adoption of mandatory pollution fees ("fee program") on the region's largest stationary sources like refineries and power plants unless they reduce emissions by 20 percent or more when a region has failed to meet ozone National Ambient Air Quality Standards ("NAAQS"). Plaintiffs allege that the South Coast Air Quality Management District ("SCAQMD") failed to adopt the required fee rule by June 15, 2014, 10 years after the United States Environmental Protection Agency ("EPA") designated the South Coast Air Basin as in extreme nonattainment for the 1997 8-hour ozone standard. Plaintiffs further allege that the California Air Resources Board ("CARB"), as the state agency responsible for submitting a State Implementation Plan ("SIP") that complies with the CAA, failed to submit to the EPA a compliant SIP that included the Section 185 mandatory fee rule.

Defendants deny Plaintiffs' allegations and/or that Plaintiffs are entitled to relief based on such allegations. SCAQMD claims that the Court does not have subject matter jurisdiction over the complaint, or in the alternative, that the complaint fails to state a claim upon which relief can be granted, alleging that Section 304(a)(1) of the CAA does not authorize a lawsuit against an air quality regulator based on an action or inaction taken in its capacity as a regulatory agency. CARB contends, among other things, that Plaintiffs have not alleged a violation of an emissions standard or limitation that would constitute a proper basis for a citizen suit under the CAA and

that Plaintiffs' claims against CARB are barred by the Eleventh Amendment of the United States Constitution.

Since this case was filed, Defendant SCAQMD has commenced rulemaking for a Section 185 fee rule and set the hearing date for adoption of the rule in November 2024. The parties have also entered into lengthy settlement discussions in an attempt to resolve the case without expending further judicial resources.

Defendants have separate motions to dismiss currently scheduled for hearing on February 16, 2024. The parties have a pending joint stipulation to continue the date of the hearing to March 8, 2024 to allow for further settlement discussions.

**b.  Damages**

Plaintiffs seek only declaratory and injunctive relief and reasonable attorneys' fees in this case and are not seeking damages.

**c.  Insurance**

This case does not involve claims that would trigger insurance coverage.

**d.  Motions**

Defendant SCAQMD filed its motion to dismiss on October 13, 2023. Defendant CARB filed its motion to dismiss on October 16, 2023. The hearing date for both Defendants' motions to dismiss is set for February 16, 2024. In light of the ongoing settlement discussion, and to preserve efficiency and judicial economy, the parties have stipulated to continue the hearing date on both Defendants' motions to dismiss to March 8, 2024. Continuing the hearing to March 8 would make Plaintiffs' opposition due on February 16, 2024 and Defendants' reply on February 23, 2024. The proposed order continuing the date of the hearing is currently pending before the Court. Should the case fail to reach settlement, Plaintiffs anticipate filing a motion for summary judgment. Defendants similarly anticipate filing motions for summary judgment or other dispositive motions in the event the pending motions to dismiss are denied. The parties agree to meet and confer on dispositive motions following the hearing for the pending motions to dismiss.

**e. Complexity**

The parties do not anticipate the procedures set forth in the Manual for Complex Litigation being of assistance in this instance as the case primarily involves statutory interpretation of CAA requirements.

**f. Status of Discovery**

The parties have not engaged in discovery and do not anticipate that discovery will be necessary for this case.

**g. Discovery Plan**

There is no discovery anticipated in this litigation.

**h. Expert Discovery**

The parties do not anticipate that this case will involve expert witnesses.

**i. Dispositive Motions**

Should the case fail to resolve by way of settlement, and should Plaintiffs prevail on the Defendants' pending motions to dismiss, Plaintiffs anticipate filing a motion for summary judgment in this matter. Defendants similarly anticipate filing motions for summary judgment or other dispositive motions in the event the pending motions to dismiss are denied. The Parties will meet and confer regarding a schedule for briefing on cross-motions for summary judgment after the current February 16, 2024 hearing date for Defendants' motions to dismiss.

**j. Alternative Dispute Resolution Procedure Selection**

The parties are making progress on settlement talks, are negotiating in good faith, and do not believe that alternative dispute resolution services are currently necessary. Pursuant to the Central District Local Rules and the Court's Order, however, the parties are amenable to ADR Procedure #2 (Court Mediation Panel).

**k. Settlement Efforts**

The parties have exchanged written communications regarding settlement and have had several calls to discuss potential terms of settlement that would resolve the pending case without expending additional judicial resources. The parties continue

to negotiate in good faith and have resolved several key terms for a potential settlement. The parties anticipate that a settlement agreement will be reached shortly.

**l. Preliminary Trial Estimate**

The Parties anticipate that this case will be resolved by motion without a trial.

**m. Trial Counsel**

Trial counsel for Plaintiffs are Adrian Martinez and Fernando Gaytan with Earthjustice representing Plaintiffs East Yard Communities for Environmental Justice and People's Collective for Environmental Justice, Shana Lazerow with Communities for a Better Environment, and Nihal Shrinath with Sierra Club representing said organizations, respectively.

Trial counsel for Defendants are Bradley R. Hogin for SCAQMD and Gary Tavetian, John Sasaki, and Kristin McCarthy for CARB.

**n. Independent Expert or Master**

The parties do not anticipate that an independent expert or master will be necessary to resolve this case.

**o. Additional Parties**

The parties do not anticipate the appearance of additional parties.

*Attorneys for Plaintiffs*

DATED: January 26, 2024 by:    EARTHJUSTICE

/s/ Fernando Gaytan
FERNANDO GAYTAN (SBN 224712)
ADRIANO L. MARTINEZ (SBN 237152)
amartinez@earthjustice.org
fgaytan@earthjustice.org
707 Wilshire Street, Suite 4300
Los Angeles, CA 90017
Tel: (415) 217-2025 / Fax: (213) 403-4822

*Attorneys for Plaintiffs East Yard Communities for Environmental Justice and People's Collective for Environmental Justice*

| | | |
|---|---|---|
| 1 | DATED: January 26, 2024 by | COMMUNITIES FOR A BETTER ENVIRONMENT |

/s/ Shana Lazerow
SHANA LAZEROW (SBN 195491)
6325 Pacific Blvd. Suite 300
Huntington Park, CA 90255
(323) 826-9771
slazerow@cbecal.org

*Attorney for Communities for a Better Environment*

DATED: January 26, 2024 by       SIERRA CLUB

/s/ Nihal Shrinath
NIHAL SHRINATH (SBN 327921)
2101 Webster St., Ste. 1300
Oakland, California 94612
(415) 977-5627
nihal.shrinath@sierraclub.org

*Attorney for Sierra Club*

**Attorneys for Defendants**

DATED: January 26, 2024 by       WOODRUFF & SMART, APC

/s/ Bradley R. Hogin
BRADLEY R. HOGIN (SBN 140372)
RICIA R. HAGER (SBN 234052)
555 Anton Boulevard, Suite 1200
Costa Mesa, CA 92626
Tel: (714) 558-7000 / Fax: (714) 835-7787
bhogin@woodruff.law
rhager@woodruff.law

*Attorneys for South Coast Air Quality Management District and The Governing Board of the South Coast Air Quality Management District*

//
//
//

| | | |
|---|---|---|
| 1 | DATED: January 26, 2024 by | CALIFORNIA ATTORNEY GENERAL |

/s/ John S. Sasaki
JOHN S. SASAKI (SBN 202161)
KRISTIN K. MCCARTHY (SBN 328196)
California Department of Justice
Office of the Attorney General
300 South Spring Street
Los Angeles, CA 90013
Tel: (213) 269-6335 & (213) 269-6273
Fax: 213-897-2802
john.sasaki@doj.ca.gov
kristin.mccarthy@doj.ca.gov

*Attorneys for California Air Resources Board*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I, Fernando Gaytan, attest that Shana Lazerow, Nihal Shrinath, Bradley Hogin, and John Sasaki concur with the contents of this Joint Rule 26(f) Report and have authorized the filing of same.

DATED: January 26, 2024 by:         EARTHJUSTICE

/s/ Fernando Gaytan
FERNANDO GAYTAN (SBN 224712)
ADRIANO L. MARTINEZ (SBN 237152)
amartinez@earthjustice.org
fgaytan@earthjustice.org
Earthjustice
707 Wilshire Street, Suite 4300
Los Angeles, CA 90017
Tel: (415) 217-2025 / Fax: (213) 403-4822

*Attorneys for Plaintiffs East Yard Communities for Environmental Justice and People's Collective for Environmental Justice*

**PROOF OF SERVICE**

I am a citizen of the United States of America and a resident of Los Angeles County, California; I am over the age of 18 years and not a party to the within-entitled action; and my business address is 707 Wilshire Blvd., Suite 4300, Los Angeles, California 90017.

On January 19, 2024, I served the foregoing document(s) described as 1) Joint Rule 26(f) Report and 2) Exhibit A – Proposed Schedule of Pretrial and Trial Dates by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached service list.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on January 26, 2024, in Los Angeles, California.

César Nije

# SERVICE LIST

## EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE ET AL. V. SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT

### CASE NO: 2:23-cv-06682-JLS-SK

| | |
|---|---|
| **EARTHJUSTICE** | *Attorneys for Plaintiffs* |
| FERNANDO GAYTAN (SBN 224712)<br>ADRIANO L. MARTINEZ (SBN 237152)<br>amartinez@earthjustice.org<br>fgaytan@earthjustice.org<br>Earthjustice<br>707 Wilshire Street, Suite 4300<br>Los Angeles, CA 90017<br>Tel: (415) 217-2025 / Fax: (213) 403-4822 | *East Yard Communities for Environmental Justice and People's Collective for Environmental Justice* |
| **COMMUNITIES FOR A BETTER ENVIRONMENT** | *Attorney for Plaintiff* |
| SHANA LAZEROW (SBN 195491)<br>Communities for a Better Environment<br>6325 Pacific Blvd. Suite 300<br>Huntington Park, CA 90255<br>(323) 826-9771<br>slazerow@cbecal.org | *Communities for a Better Environment* |
| **SIERRA CLUB** | *Attorney for Plaintiff* |
| NIHAL SHRINATH (SBN 327921)<br>Sierra Club<br>2101 Webster St., Ste. 1300<br>Oakland, California 94612<br>(415) 977-5627<br>nihal.shrinath@sierraclub.org | *Sierra Club* |
| **WOODRUFF & SMART, APC** | *Attorneys for Defendants* |
| BRADLEY R. HOGIN (SBN 140372)<br>RICIA R. HAGAR (SBN 234052)<br>555 Anton Boulevard, Suite 1200<br>Costa Mesa, CA 92626<br>Tel: (714) 558-7000 / Fax: (714) 835-7787<br>bhogin@woodruff.law<br>rhager@woodruff.law | *South Coast Air Quality Management District and The Governing Board of the South Coast Air Quality Management District* |
| **South Coast Air Quality Management District** | *Attorney for Defendants* |
| BARBARA B. BAIRD<br>21865 Copley Drive | *South Coast Air Quality Management District and The Governing Board of the South Coast Air Quality Management District* |

Diamond Bar, CA 91765
909-396--3400
Fax: 909-396-2961
Email: bbaird@aqmd.gov

**CALIFORNIA ATTORNEY GENERAL**

JOHN S. SASAKI (SBN 202161)
KRISTIN K. MCCARTHY (SBN 328196)
California Department of Justice
Office of the Attorney General
300 South Spring Street
Los Angeles, CA 90013
Tel: (213) 269-6335 & (213) 269-6273
Fax: 213-897-2802
john.sasaki@doj.ca.gov
kristin.mccarthy@doj.ca.gov

*Attorneys for Defendant*

*California Air Resources Board*