ADRIANO L. MARTINEZ (SBN 237152)
FERNANDO GAYTAN (SBN 224712)
Earthjustice
707 Wilshire Blvd., Suite 4300
Los Angeles, CA 90017
amartinez@earthjustice.org
fgaytan@earthjustice.org
Tel: (415) 217-2025 / Fax: (213) 403-4822

*Attorneys for Plaintiffs East Yard Communities for Environmental Justice and People's Collective for Environmental Justice*

(List of Counsel Continued on Next Page)

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, COMMUNITIES FOR A BETTER ENVIRONMENT, and SIERRA CLUB,<br><br>Plaintiffs,<br>v.<br><br>SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, THE GOVERNING BOARD OF THE SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, CALIFORNIA AIR RESOURCES BOARD, and DOES 1 through 25 inclusive,<br><br>Defendants. | Case No:  2:23-cv-06682-JLS-SK<br><br>ASSIGNED FOR ALL PURPOSES TO THE HON. JOSEPHINE L. STATON<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER IMPLEMENTING STIPULATION RE STAYING CASE PURSUANT TO SETTLEMENT AGREEMENT FINALIZED ON FEBRUARY 5, 2024**<br><br><u>HEARING:</u><br><br>**Current Hearing Date:** March 8, 2024<br>Time: 10:30 a.m.<br>Courtroom: 8A<br>Judge: Hon. Josephine L. Staton<br><br>Trial Date: Not set<br>Action Filed: August 15, 2023 |

SHANA LAZEROW (SBN 195491)
Communities for a Better Environment
6325 Pacific Blvd. Suite 300
Huntington Park, CA 90255
(323) 826-9771
slazerow@cbecal.org

*Attorney for Communities for a Better Environment*

NIHAL SHRINATH (SBN 327921)
Sierra Club
2101 Webster St., Ste. 1300
Oakland, California 94612
(415) 977-5627
nihal.shrinath@sierraclub.org

*Attorney for Sierra Club*

Pursuant to joint stipulation, Plaintiffs, EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, COMMUNITIES FOR A BETTER ENVIRONMENT, and SIERRA CLUB ("Plaintiffs"), hereby lodge the [Proposed] Order implementing the parties' joint Stipulation re Staying Case Pursuant to Settlement Agreement Finalized on February 5, 2024. The [Proposed] Order is attached hereto as Exhibit A.

DATED: February 9, 2024 by:     EARTHJUSTICE

/s/ Adriano Martinez
ADRIANO L. MARTINEZ (SBN 237152)
FERNANDO GAYTAN (SBN 224712)
amartinez@earthjustice.org
fgaytan@earthjustice.org
Earthjustice
707 Wilshire Street, Suite 4300
Los Angeles, CA 90017
Tel: (415) 217-2025 / Fax: (213) 403-4822

*Attorneys for Plaintiffs East Yard Communities for Environmental Justice and People's Collective for Environmental Justice*

DATED: February 9, 2024 by:     COMMUNITIES FOR A BETTER ENVIRONMENT

/s/ Shana Lazerow
SHANA LAZEROW (SBN 195491)
Communities for a Better Environment
6325 Pacific Blvd. Suite 300
Huntington Park, CA 90255
(323) 826-9771
slazerow@cbecal.org

*Attorney for Communities for a Better Environment*

[*Additional Signatures Continued on Next Page*]

| | | |
|---|---|---|
| 1 | DATED: February 9, 2024 by: | SIERRA CLUB |
| 2 | | /s/ Nihal Shrinath |
| 3 | | NIHAL SHRINATH (SBN 327921)<br>Sierra Club<br>2101 Webster St., Ste. 1300<br>Oakland, California 94612<br>(415) 977-5627<br>nihal.shrinath@sierraclub.org |
| | | *Attorney for Sierra Club* |