FERNANDO GAYTAN (SBN 224712)
ADRIANO L. MARTINEZ (SBN 237152)
Earthjustice
707 Wilshire Blvd., Suite 4300
Los Angeles, CA 90017
fgaytan@earthjustice.org
amartinez@earthjustice.org
Tel: (415) 217-2025 / Fax: (213) 403-4822

*Attorneys for Plaintiffs East Yard Communities for Environmental Justice and People's Collective for Environmental Justice*

(List of Counsel Continued on Next Page)

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, COMMUNITIES FOR A BETTER ENVIRONMENT, and SIERRA CLUB,<br><br>Plaintiffs,<br>v.<br><br>SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, THE GOVERNING BOARD OF THE SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, CALIFORNIA AIR RESOURCES BOARD, and DOES 1 through 25 inclusive,<br><br>Defendants. | Case No: 2:23-cv-06682-JLS-SK<br><br>ASSIGNED FOR ALL PURPOSES TO THE HON. JOSEPHINE L. STATON<br><br>**PLAINTIFFS' REQUEST TO DISMISS WITH PREJUDICE** |

SHANA LAZEROW (SBN 195491)
Communities for a Better Environment
6325 Pacific Blvd. Suite 300
Huntington Park, CA 90255
(323) 826-9771
slazerow@cbecal.org

*Attorney for Communities for a Better Environment*

NIHAL SHRINATH (SBN 327921)
Sierra Club
2101 Webster St., Ste. 1300
Oakland, California 94612
(415) 977-5627
nihal.shrinath@sierraclub.org

*Attorney for Sierra Club*

Pursuant to Federal Rule of Civil Procedure 41, East Yard Communities for Environmental Justice, People's Collective for Environmental Justice, Communities for a Better Environment, and Sierra Club (collectively "Plaintiffs"), hereby request to dismiss this case with prejudice.

In support of this request, Plaintiffs state as follows:

1. On February 5, 2024, Plaintiffs and Defendant South Coast Air Quality Management District ("South Coast AQMD"), Defendant the Governing Board of the South Coast Air Quality Management District ("Governing Board"), and Defendant California Air Resources Board (collectively "Defendants") finalized a settlement agreement. The settlement agreement was attached as "Attachment A" to the Joint Stipulation for a Stay filed on February 9, 2024 [Dkt. 39].

2. The settlement agreement sought to avoid needless litigation and thereby conserve the resources of the Court.

3. The Parties agreed to stay the Action until November 1, 2024 to give the South Coast AQMD an opportunity to adopt a Clean Air Act Section 185 Rule.

4. The settlement agreement required that Plaintiffs dismiss the action with prejudice if the South Coast AQMD adopted the Clean Air Act Section 185 Rule by October 31, 2024.

5. This Court signed the Order approving the Joint Stipulation for a Stay on February 15, 2024 [Dkt. 41].

6. On June 7, 2024, the Governing Board of the South Coast AQMD adopted Rule 317.1, which sought to comply with Section 185 of the Clean Air Act.

7. Pursuant to the settlement agreement, Plaintiffs respectfually request this Court dismiss the Action with prejudice.

8. A Proposed Order granting the requested relief is submitted as an attachment hereto, and will be sent via email in Word format to the Court's chambers according to this Court's standing order.

*Attorneys for Plaintiffs*

DATED: July 24, 2024 by:     EARTHJUSTICE

/s/ Adriano Martinez
ADRIANO L. MARTINEZ (SBN 237152)
FERNANDO GAYTAN (SBN 224712)
amartinez@earthjustice.org
fgaytan@earthjustice.org
707 Wilshire Street, Suite 4300
Los Angeles, CA 90017
Tel: (415) 217-2025 / Fax: (213) 403-4822

*Attorneys for Plaintiffs East Yard Communities for Environmental Justice and People's Collective for Environmental Justice*

DATED: July 24, 2024 by:     COMMUNITIES FOR A BETTER ENVIRONMENT

/s/ Shana Lazerow
SHANA LAZEROW (SBN 195491)
6325 Pacific Blvd. Suite 300
Huntington Park, CA 90255
(323) 826-9771
slazerow@cbecal.org

*Attorney for Communities for a Better Environment*

DATED: July 24, 2024 by:     SIERRA CLUB

/s/ Nihal Shrinath
NIHAL SHRINATH (SBN 327921)
2101 Webster St., Ste. 1300
Oakland, California 94612
(415) 977-5627
nihal.shrinath@sierraclub.org

*Attorney for Sierra Club*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I, Adriano Martinez, attest that Shana Lazerow and Nihal Shrinath concur with the contents of this stipulation to continue the hearing date of Defendants' Motions to Dismiss and have authorized the filing of same.

DATED: July 24, 2024 by:    EARTHJUSTICE

/s/ Adriano Martinez
ADRIANO L. MARTINEZ (SBN 237152)
FERNANDO GAYTAN (SBN 224712)
amartinez@earthjustice.org
fgaytan@earthjustice.org
Earthjustice
707 Wilshire Street, Suite 4300
Los Angeles, CA 90017
Tel: (415) 217-2025 / Fax: (213) 403-4822

*Attorneys for Plaintiffs East Yard Communities for Environmental Justice and People's Collective for Environmental Justice*

## PROOF OF SERVICE

I am a citizen of the United States of America and a resident of Los Angeles County, California; I am over the age of 18 years and not a party to the within-entitled action; and my business address is 707 Wilshire Blvd, Suite 4300, Los Angeles, CA 90017.

On July 24, 2024, I served the foregoing document(s) described as 1) Stipulation to Continuance of Hearing Date for Defendants South Coast Air Quality Management District and California Air Resource Board's Respective Motions to Dismiss, 2) Notice of Lodging of [Proposed] Order Implementing Stipulation to Continue Hearing Date of Defendants South Coast Air Quality Management District and California Air Resource Board's Respective Motions to Dismiss, and 3) [Proposed] Order Implementing Stipulation to Continue the Hearing Date of Defendants South Coast Air Quality Management District and California Air Resource Board's Respective Motions to Dismiss by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached service list.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on July 24, 2024, in Los Angeles, California.

_____
Yessenia Moreno

# SERVICE LIST

## EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE ET AL. V. SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT

### CASE NO: 2:23-cv-06682-JLS-SK

| | |
|---|---|
| **EARTHJUSTICE**<br><br>FERNANDO GAYTAN (SBN 224712)<br>ADRIANO L. MARTINEZ (SBN 237152)<br>amartinez@earthjustice.org<br>fgaytan@earthjustice.org<br>Earthjustice<br>707 Wilshire Street, Suite 4300<br>Los Angeles, CA 90017<br>Tel: (415) 217-2025 / Fax: (213) 403-4822 | *Attorneys for Plaintiffs*<br><br>*East Yard Communities for Environmental Justice and People's Collective for Environmental Justice* |
| **COMMUNITIES FOR A BETTER ENVIRONMENT**<br><br>SHANA LAZEROW (SBN 195491)<br>Communities for a Better Environment<br>6325 Pacific Blvd. Suite 300<br>Huntington Park, CA 90255<br>(323) 826-9771<br>slazerow@cbecal.org | *Attorney for Plaintiff*<br><br>*Communities for a Better Environment* |
| **SIERRA CLUB**<br><br>NIHAL SHRINATH (SBN 327921)<br>Sierra Club<br>2101 Webster St., Ste. 1300<br>Oakland, California 94612<br>(415) 977-5627<br>nihal.shrinath@sierraclub.org | *Attorney for Plaintiff*<br><br>*Sierra Club* |
| **WOODRUFF & SMART, APC**<br><br>BRADLEY R. HOGIN (SBN 140372)<br>RICIA R. HAGAR (SBN 234052)<br>555 Anton Boulevard, Suite 1200<br>Costa Mesa, CA 92626<br>Tel: (714) 558-7000 / Fax: (714) 835-7787<br>bhogin@woodruff.law<br>rhager@woodruff.law | *Attorneys for Defendants*<br><br>*South Coast Air Quality Management District and The Governing Board of the South Coast Air Quality Management District* |
| **South Coast Air Quality Management District**<br><br>BARBARA B. BAIRD<br>21865 Copley Drive | *Attorney for Defendants*<br><br>*South Coast Air Quality Management District and The Governing Board of the South Coast Air Quality Management District* |

| | |
|---|---|
| Diamond Bar, CA 91765<br>909-396--3400<br>Fax: 909-396-2961<br>Email: bbaird@aqmd.gov<br><br>**CALIFORNIA ATTORNEY GENERAL**<br><br>JOHN S. SASAKI (SBN 202161)<br>KRISTIN K. MCCARTHY (SBN 328196)<br>California Department of Justice<br>Office of the Attorney General<br>300 South Spring Street<br>Los Angeles, CA 90013<br>Tel: (213) 269-6335 & (213) 269-6273<br>Fax: 213-897-2802<br>john.sasaki@doj.ca.gov<br>kristin.mccarthy@doj.ca.gov | *Attorneys for Defendant*<br><br>*California Air Resources Board* |