1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, COMMUNITIES FOR A BETTER ENVIRONMENT, and SIERRA CLUB,<br><br>      Plaintiffs,<br>  v.<br><br>SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, THE GOVERNING BOARD OF THE SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, CALIFORNIA AIR RESOURCES BOARD, and DOES 1 through 25 inclusive,<br><br>      Defendants. | Case No:  2:23-cv-06682-JLS-SK<br><br>**ORDER OF DISMISSAL** |

For good cause shown in the Request filed by Plaintiffs (Doc 42) and pursuant to Federal Rule of Civil Procedure 41, IT IS HEREBY ORDERED that the case is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: July 30, 2024

# JOSEPHINE L. STATON

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE